AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Ronald A. Hollon, Sr.,

    Plaintiff,

        V.

CSX Transportation, Inc.,

    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-1099-WKW

**TO:** (Name and address of Defendant)

CSX Transportation, Inc.
c/o Jason Tipton
1250 Louisville St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Gary E. Atchison
PO Box 2002
Montgomery, Alabama 36102-2002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_           12/11/06

CLERK                        DATE

(By) DEPUTY CLERK