| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Wayne Poue* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>12-13-06 |
| 1. Article Addressed to:<br>CSX Transportation, Inc.<br>c/o Jason Tipton<br>1250 Louisville St.<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>06CV1099 SDC<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service)   7004 1160 0006 4601 4426 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540