UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| CSX TRANSPORTATION, INC. | ) 2:06-CV-1099-WKW |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

Defendant CSX Transportation, Inc. ("CSXT") moves to extend the time for responding to Plaintiff's Complaint. In support thereof, it states:

1. On December 11, 2006, Plaintiff filed the instant Complaint against CSXT alleging age discrimination and retaliation in violation of the Age Discrimination in Employment Act. Plaintiff served the Complaint on Defendant on December 13, 2006. Pursuant to Fed. R. Civ. P. 12, Defendant's response is due on or before January 2, 2007.

2. As a result of the upcoming holidays, many of individuals who possess information necessary to respond to the allegations in Plaintiff's Complaint are unavailable until after January 2. Defendant respectfully requests a fourteen-day extension of the time to respond to the Complaint, so that it may have an adequate opportunity to prepare responsive pleadings.

3. Counsel for Defendant has contacted Plaintiff's counsel in order to obtain his consent to this Motion, but has not been able to reach him. Plaintiff will not be prejudiced by the requested extension of time.

WHEREFORE, Defendant respectfully requests an extension of the time to respond to the Complaint until January 16, 2006.

- 1 -

LEGAL_US_E # 73770255.1

Respectfully Submitted,

*[signature]*

Weyman T. Johnson
Motion for Admission Pro Hac Vice to be filed
William C. Barker
Alabama Bar No. ASB-3411-R71W
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400

Counsel for Defendant
CSX Transportation, Inc.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO.: |
| CSX TRANSPORTATION, INC. ) | 2:06-CV-1099-WKW |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify the **MOTION FOR EXTENSION OF TIME** has been filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Gary E. Atchison
PO Box 2002
492 S. Court St.
Montgomery, Alabama 36102-2002

This is the 20th day of December, 2006.

_____
Attorney for Defendant