UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION FILE NO.: |
| CSX TRANSPORTATION, INC. | ) 2:06-CV-1099-WKW |
| | ) |
| Defendant. | ) |
| | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant CSX Transportation, Inc. ("CSXT") files the following corporate disclosure statement:

1. CSX Transportation, Inc.'s parent corporation is CSX Corporation.

2. CSX Transportation, Inc. does not issue stock and, therefore, no publicly held corporation holds 10% or more of its stock.

Respectfully Submitted,

_/s/_

Weyman T. Johnson, Jr.
Motion for Pro Hac Vice to be filed
William C. Barker
Alabama Bar No. ASB-3411-R71W
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308-2222

Counsel for Defendant
CSX Transportation, Inc.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) CIVIL ACTION FILE NO.: <br> ) 2:06-CV-1099-WKW <br> CSX TRANSPORTATION, INC. ) <br> ) <br> Defendant. ) <br> ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Gary E. Atchison
PO Box 2002
492 S. Court St.
Montgomery, Alabama 36102-2002

This the 20th day of December, 2006.

_____
Attorney for Defendant