IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1099-WKW |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

Upon consideration of the Motion for Extension of Time filed by the defendant on December 20, 2006 (Doc. # 4), it is hereby

ORDERED that the motion is GRANTED. The defendant's deadline for filing an answer is hereby EXTENDED from January 2, 2007, to January 16, 2007.

DONE this 21st day of December, 2006.

                           /s/ W. Keith Watkins
                           UNITED STATES DISTRICT JUDGE