UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO.: |
| CSX TRANSPORTATION, INC. ) | 2:06-CV-01099-WKW-CSC |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF WEYMAN T. JOHNSON

Pursuant to L.R. 83.1(b), I, Weyman T. Johnson, Jr. hereby request permission to appear pro hac vice in the subject case filed in the Northern Division of the United States District Court for the Middle District of Alabama.

I do not reside or maintain an office for the practice of law in the State of Alabama.

I am a partner with the law firm of Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street, NE., Ste. 2400, Atlanta, GA 30308-2222. My telephone number is (404) 815-2400, and my fax number is (404) 815-2424.

I am currently a member in good standing of the United States District Court for the Northern District of Georgia, but am not admitted to the bar of this court. A Certificate of Good Standing is attached as Exhibit A. I have mailed the filing fee for this motion to the Clerk of Court via U.S. Mail.

This 3rd day of January, 2007.

Respectfully Submitted,

Weyman T. Johnson, Jr.
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308-2222

Counsel for Defendant
CSX Transportation, Inc.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HOLLON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CSX TRANSPORTATION, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE NO.:<br>2:06-CV-01099-WKW-CSC |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the **MOTION FOR ADMISSION PRO HAC VICE OF WEYMAN T. JOHNSON, JR.** has been filed with the Clerk of the Court using the CM/ECF system and that a copy was sent via U.S. regular mail to:

>   Gary E. Atchison
>   PO Box 2002
>   492 S. Court St.
>   Montgomery, Alabama 36102-2002

This the 3rd day of January, 2006.

_____
Attorney for Defendant

- 3 -

LEGAL_US_E # 73774297.1

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **WEYMAN T. JOHNSON, JR, 395775,** was duly admitted to practice in said Court on July 16, 1979 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 22nd day of December, 2006.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk