IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD A. HOLLON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1099-WKW |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice of Weyman T. Johnson, Jr. (Doc. #7) filed on January 3, 2007, it is hereby

ORDERED that the motion be GRANTED.

DONE this 4th day of January, 2007.

                                                /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE