IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD HOLLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1099-WKW |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Time (Doc. # 13), it is

ORDERED that the motion is GRANTED.  The scheduling order in this case (Doc. # 12) is

AMENDED as follows:

**SECTION 2.**  Dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than **December 1, 2007.**

DONE this 27th day of August, 2007.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE