IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD A. HOLLON, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-01099-WKW |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the plaintiff's Motion To Extend Time to Respond (Doc. # 20), it is ORDERED that the motion is GRANTED. The deadline for the plaintiff to file a response is extended from December 27, 2007, to **January 7, 2008**. The deadline for the defendant to file a reply brief is extended from January 10, 2008, to **January 22, 2008.**

DONE this 17th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE