IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD A. HollON, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-01099-WKW |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of the Joint Motion for Enlargement of Time to Conduct Settlement Conference and For Leave to Conduct Settlement Conference by Telephone (Doc. # 23), it is ORDERED that the motion is GRANTED in part, DENIED in part.

To the extent the motion seeks an extension to conduct a settlement conference, it is GRANTED, and the deadline is extended from December 17, 2007, to **January 11, 2008**. The plaintiff shall file a "Notice Concerning Settlement Conference and Mediation" not more than five days after the conference. However, the parties' request to conduct the conference by telephone is DENIED; the parties must conduct the conference face-to-face.

DONE this 19th day of December, 2007.

                                        /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE