RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronald A. Hollon, Sr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-1099-WKW-CSC |
| | ) |
| CSX Transportation, Inc., | ) Jury Demand |
| | ) |
| Defendant. | ) |

### Plaintiff Hollon's Report of
### Face to Face Settlement Conference

Comes now Plaintiff Ronald A. Hollon, Sr., by and through counsel, and reports on a Face to Face Settlement Conference in the above styled case, stating that on January 16, 2008, Gary E. Atchison, counsel for Plaintiff, met with William C. Barker, Esq., counsel for Defendant, and conducted a conference face to face, however they were not able to reach a settlement in this action.

Respectfully submitted,

/s/ Gary E. Atchison
Gary E. Atchison
Attorney for Plaintiff
Ronald A. Hollon, Sr.

**Of Counsel:**
PO Box 2002
492 S. Court St.
Montgomery, AL 36102-2002
(334) 262-7232

## Certificate of Service

      I hereby certify that I have sent a copy of the above Report of Face to Face Settlement Conference by placing it in the US Mail, first class prepaid, to the following on the ___19___ of January, 2008:

Weyman T. Johnson, Jr., Esq.
William C. Barker, Esq.
Paul, Hastings, et al., LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308

                                          /s/ Gary E. Atchison