IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JAN 25 P 1: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Ronald A. Hollon, Sr., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-1099-WKW |
| | ) |
| CSX Transportation, Inc., | ) Jury Demand |
| | ) |
| Defendant. | ) |

### Hollon Corporate Disclosure Statement

Comes now Plaintiff Ronald Hollon, Sr., by and through his attorney, with the following Disclosures pursuant to FRCP 7.1, stating as follows:

(1) Ronald A. Hollon, Sr. owns 1572.3708 units of CSX Corporation and or its subsidiary CSX Transportation, Inc.

(2) Ronald A. Hollon, Sr. owns less than 10% of CSX Corporation and or its subsidiary CSX Transportation, Inc.

Respectfully submitted

Gary E. Atchison (ATC004)
Attorney for
Plaintiff Ronald A. Hollon, Sr.

**Of Counsel:**
PO Box 2002
492 S. Court St.
Montgomery, AL 36102-2002
(334) 262-7232

## Certificate of Service

I hereby certify that I have sent a copy of the above pleading by dropping it in the US Mail, first class prepaid, to the following on the 27 of January, 2008:

Weyman T. Johnson, Jr., Esq.
William C. Barker, Esq.
Paul, Hastings, et al., LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308

Gary E. Atchison