IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD A. HOLLON, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-01099-WKW |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on defendant's Motion for Continuance of Trial Date (Doc. # 30). Defense counsel seeks to continue the case from the March 24, 2008 trial term because he is engaged to be married on April 19, 2008. It is ORDERED that the motion is DENIED. The court will, however, set this case as the first to be tried during the trial term.

DONE this 31st day of January, 2008.

                                          /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE