# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| Ronald A. Hollon, Sr., | ) | 2008 FEB -5 A 9: 21 |
| | ) | |
| Plaintiff, | ) | EBRA P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| v. | ) | Civil Action No. 2:06-CV-1099-WKW-CSC |
| | ) | |
| CSX Transportation, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF DANIEL PAUL HART

Comes now Daniel Paul Hart, pursuant to Local Rule 83.1(b), and requests pro hac vice attorney admission to practice before this Court and states that:

1.    I represent Defendant CSX Transportation, Inc. in the above-styled action.

2.    I am a member in good standing of the Bars of Georgia and the United States District Court for the Northern District of Georgia.  A certificate of good standing is attached as Exhibit A.

3.    I have not appeared frequently or regularly in cases pending before the United States District Court for the Middle District of Alabama.

4.    I am submitting with this Motion the $50.00 pro hac vice attorney admission fee.

This the 1st day of February, 2008.

*[signature on next page]*

LEGAL_US_E # 78151830.1

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY
  & WALKER, LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308
Phone:  (404) 815-2400
Facsimile:  (404) 815-2424

Daniel P. Hart
Georgia Bar No. 141679


Attorney for Defendant
CSX Transportation, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN DEMBO,** | ) | |
| **PATRICK BOLT, and** | ) | |
| **TIMOTHY SNYDER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **3:07-CV-01022-MHT-CSC** |
| | ) | |
| **CSX TRANSPORTATION, INC.** | ) | |
| **and AMDG, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that the **MOTION FOR ADMISSION PRO HAC VICE OF DANIEL PAUL HART** was filed with the Clerk of Court by overnight mail and served on all parties to this action by United States mail, postage prepaid to:

Gary E. Atchison, Esq.
P.O. Box 2002
492 S. Court St.
Montgomery, AL 36102
Telephone: (334) 262-7232

This the 1st day of February, 2008.

_____
Attorney for Defendant

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                }
                                            } ss.
**NORTHERN DISTRICT OF GEORGIA**            }

             I, James N. Hatten, Clerk of the United States District Court for the Northern District

of Georgia,

             **DO HEREBY CERTIFY** that **Daniel P. Hart, State Bar No. 141679,**  was duly

admitted to practice in said Court on August 1, 2005 and is in good standing as a member of the

bar of said Court.

             Dated at Atlanta, Georgia, this 1st day of February, 2008.

                                 JAMES N. HATTEN
                                 CLERK OF COURT

                                 By: _Cheryl Goins_
                                     Cheryl Goins
                                     Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003744
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name: PAUL HASTINGS
-----------------------------------
PRO HAC VICE
  For: DANIEL P. HART
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:       $50.00
-----------------------------------
CHECK
  Check/Money Order Num: 2215
  Amt Tendered:  $50.00
-----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

mphv- Daniel P. Hart


2:06-cv-01099-WKW-CSC


Hollon v. CSX Transportation, Inc.
```