IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RONALD A. HOLLON, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-1099-WKW |
| ) | |
| **CSX TRANSPORATION, INC.,** ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice of Daniel Paul Hart (Doc. # 34) filed on February 5, 2008, it is ORDERED that the motion is GRANTED.

Done this 6th day of February, 2008.

                                                /s/ W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE