**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RONALD A. HOLLON, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-1099-WKW |
| | ) |
| **CSX TRANSPORTATION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

It is ORDERED that the pretrial in this matter is CONTINUED from February 20, 2008, to **Friday, February 29, 2008, at 10:30 a.m.**

DONE this 15th day of February, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE