IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD A. HOLLON, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-01099-WKW |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the pretrial conference scheduled for February 29, 2008 is CONTINUED generally.

DONE this 27th day of February, 2008.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE