IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD A. HOLLON, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-01099-WKW |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

It is ORDERED that the trial in this matter scheduled for the March 24, 2008 trial term is CONTINUED generally. The deadline for voir dire questions, motions in limine, and proposed jury instructions are also CONTINUED generally.

DONE this 5th day of March, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE