◎AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| RONALD A. HOLLON, SR. | ) |
| v. | ) Case No.: 2:06-DV-0199-WKW-CSC |
| CSX TRANSPORTATION, INC. | ) |

## Bill of Costs

Judgment having been entered in the above entitled action __06/18/2008__ against __Plaintiff__,
                                                                  Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,043.71 |
| Fees and disbursements for printing ................................................. | _____ |
| Fees for witnesses (itemize on page two) ............................................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 56.50 |
| Docket fees under 28 U.S.C. 1923 ................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ....................................................... | _____ |
| TOTAL | $ 3,100.21 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: __s/ Daniel P. Hart__

Name of Attorney: __Daniel P. Hart__

For: __CSX Transportation, Inc.__                                Date: __06/18/2008__
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
Clerk of Court                          Deputy Clerk                              Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| Ronald A. Hollon, Sr., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:06-CV-1099-WKW-CSC |
| CSX Transportation, Inc., | ) |
| Defendant. | ) |

### SUMMARY OF COSTS TO BE TAXED

| Date | Description | Amount |
|---|---|---|
| 09/19/2007 | Original Transcript and Videotape of Deposition of Robert A. Hollon, Sr. | $2,363.45 |
| 10/30/2007 | Deposition Transcript of Rodney Workman (Copy) | $388.62 |
| 10/29/2007 | Deposition Transcript of Travis M. Pendergrass (Copy) | $291.64 |
| 9/11, 9/14, and 9/17/2007 | 565 pages were copied and produced x $0.10 per page | $56.50 |
| | TOTAL: | $3,100.21 |

**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071 • 213-683-6000
Operating Account

BANK OF AMERICA
Community Development Bank
1500 Newell Avenue, Suite 200, Walnut Creek, CA 94596

90-4182/1211

CHECK NO. 130094

PAY   TWO THOUSAND THREE HUNDRED SIXTY-THREE AND 45/100

| DATE | CHECK NO. | | AMOUNT |
|---|---|---|---|
| 11-01-07 | 130094 | | $2,363.45 |

TO THE ORDER OF

BOGGS & ASSOCIATES   32788
P.O. BOX 546
MONTGOMERY, AL 36101-0546

Paul, Hastings, Janofsky & Walker LLP

NOT NEGOTIABLE

⑈130094⑈ ⑆121418225⑆ 73138⑈006 24⑈

Paul, Hastings, Janofsky & Walker LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT REQUIRED.

| INVOICE DATE | INVOICE NO. | DESCRIPTION | ACCOUNT NO. | AMOUNT |
|---|---|---|---|---|
| 10-04-07 | JB071708 | | Received on NOV 0 5 2007 SiteScan | 2,363.45 |

SCANNED
NOV 1 0 2007

DATE CHECKS MAILED:

Boggs Reporting & Video Services Online System - View Invoice                    Page 1 of 1



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office: 334.264.6227
Fax:    334.285.0448
Toll Free:  1.800.397.5590
Email: JBoggs@boggsreporters.com
www.boggsreporters.com

Mr. William Barker
Paul, Hastings, Janofsky, & Walker
600 Peachtree Street
Suite 2400
Atlanta, GA 30308

# INVOICE

Job Number: JOB070864

| DATE | NUMBER |
|---|---|
| 10/4/2007 | JB071708 |

| Case Name | Statement Description | Case No. |
|---|---|---|
| HOLLON v CSX | VIDEOTAPED DEPO OF: RON HOLLON | 2:06-CV-1099-WKW |

| Service Date | Style: RONALD A. HOLLON, SR. v CSX TRANSPORTATION, INC. | Amount |
|---|---|---|
| 9/19/2007 | DEPOSITION OF RONALD A. HOLLON, in the above styled cause, one original & one copy: | $1,107.45 |
| | VIDEOTAPED DEPOSITION, 8 hrs @ $125 ph, DVD copies & Video synchronization: | $1,000.00 |
| | REPORTER APPEARANCE FEE (all day): | $150.00 |
| | MAILING FEE: | $25.00 |
| | EXHIBIT COPIES, 72 pgs @ $. 50 pp scanned .pdf & copied: | $36.00 |
| | TRAVEL TRANSCRIPT: | $30.00 |
| | E-TRANSCRIPT: | $15.00 |

| | |
|---|---|
| **TOTAL DUE** | **$2,363.45** |
| Terms: | Due Upon Receipt |

Thank you for your business......
Tax ID No: provided upon request

**Questions?**
call 1-800-397-5590
Remit upper portion with check
Make Checks Payable to:
Boggs & Associates

If you wish to pay this Invoice by Mastercard/Visa, log onto our website @ www.boggsreporters.com
and click on the PayPal logo -
It's free, It's fast and It's secure.

**PayPal**
PAYMENTS

PayPal is used by over 1,000,000 customers on Ebay.

http://www.brvteamshare.tzo.com/invoicing/invoice/view.asp                    10/4/2007



| INVOICE DATE | INVOICE NO. | DESCRIPTION | ACCOUNT NO. | AMOUNT |
|---|---|---|---|---|
| 11-21-07 | 61711 | | | 388.62 |
| 11-14-07 | 61312 | | | 291.64 |
| 10-30-07 | 60566 | | | 795.81 |
| 09-24-07 | 59586 | | | 654.14 |
| | | SCANNED   DATE CHECKS MAILED: DEC 05 2007 | | Received on |



Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

WILLIAM C. BARKER, ESQ.
PAUL, HASTINGS, JANOFSKY & WALKER, LLP - GA
SUITE 2400
600 PEACHTREE STREET
ATLANTA, GA 30308

## Invoice #61711

| Date | Terms |
|---|---|
| 11/21/2007 | NET 30 |

| Assignment | Case | Bg File # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/30/2007 | HOLLAND vs. CSX RAILROAD | 22377 | 11/16/2007 | F-X-S |

**Description**

Copy Transcript of RODNEY WORKMAN

Amount Due: $ 388.62
Paid: $ 0.00

*LOCATION OF DEPOSITION: JACKSONVILLE, FLORIDA*

| Balance Due: | $ 388.62 |
|---|---|
| Payment Due: | 12/21/2007 |

After 12/31/2007 Pay This Amount:   $ 427.48

Tax Number: 20-8233517

Method of Payment
☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐☐☐
Credit Card Number                            Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Brown & Gallo, LLC   P.O. Box 934157   Atlanta GA 31193-4157



Telephone (404) 495-0777
(404) 876-8979
Toll Free (877) 495-0777
(800) 637-0293
Fax (404) 495-0766

www.galloreporting.com

WILLIAM C. BARKER, ESQ.
PAUL, HASTINGS, JANOFSKY & WALKER, LLP - GA
SUITE 2400
600 PEACHTREE STREET
ATLANTA, GA 30308

## Invoice #61312

| Date | Terms |
|---|---|
| 11/14/2007 | NET 30 |

| Assignment | Case | Bg File # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/29/2007 | HOLLAND vs. CSX RAILROAD | 22377 | 11/12/2007 | F-X-S |

**Description**

Copy Transcript of TRAVIS MIKEL PENDERGRASS

Amount Due: $ 291.64
Paid: $ 0.00

*LOCATION OF DEPOSITION: JACKSONVILLE, FLORIDA*

| Balance Due: | $ 291.64 |
|---|---|
| Payment Due: | 12/14/2007 |

After 12/24/2007 Pay This Amount:     $ 320.80

Tax Number: 20-8233517

**Method of Payment**
☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Brown & Gallo, LLC

Amount Authorized _____

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number                   Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: Brown & Gallo, LLC   P.O. Box 934157   Atlanta GA 31193-4157

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Ronald A. Hollon, Sr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-CV-1099-WKW-CSC |
| | ) | |
| **CSX Transportation, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**BRIEF IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

On May 22, 2008, the United States District Court for the Middle District of Alabama entered a Judgment in favor of Defendant CSX Transportation, Inc. ("CSXT" or "the Company") and against Plaintiff Ronald A. Hollon, Sr. in the above-styled case. As the prevailing party, Defendant is entitled to costs under Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.1(a).

The costs requested by Defendant are those associated with the defense of its case, including: (1) court reporter costs relating to depositions and (2) costs for copies. These costs have been documented in detail in the accompanying Bill of Costs. Also included with the Bill of Costs is a Summary of Costs demonstrating the calculations of Defendant's requested costs.

The items set forth in Defendant's Bill of Costs are taxable under 8 U.S.C. § 1920 (1982), which states, in applicable part:

> A judge or clerk of any court of the United States may tax as costs the following:
>
> (2)   Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;

* * *

      (4)    Fees for exemplification and copies of papers necessarily obtained for use in the case.

Each type of cost sought by Defendant is specifically included within the above statutory language, and should be deemed reasonable by this Court.

Defendant respectfully asserts that the costs it seeks to tax are reasonable and such costs were necessarily incurred in this case. For the reasons set forth above, Defendant urges the Court to tax these costs in full.

Dated: June 18, 2008                                              Respectfully submitted,

| | |
|---|---|
| PAUL, HASTINGS, JANOFSKY<br>  & WALKER, LLP<br>600 Peachtree Street, N.E.<br>Suite 2400<br>Atlanta, Georgia 30308<br>Phone:  (404) 815-2400<br>Facsimile:  (404) 815-2424 |  */s/ Daniel P. Hart*<br>Weyman T., Johnson, Jr.<br>Georgia Bar No. 395775<br>William C. Barker<br>Georgia Bar No. 037727<br>Daniel P. Hart<br>Georgia Bar No. 141679<br><br><br>Attorneys for Defendant<br>CSX Transportation, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Ronald A. Hollon, Sr.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    Civil Action No. 2:06-CV-1099-WKW-CSC |
| | ) |
| **CSX Transportation, Inc.,** | ) |
| | ) |
|     **Defendant.** | ) |

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on June 18, 2008 I electronically filed the foregoing **BRIEF IN SUPPORT OF DEFENDANT'S BILL OF COSTS** with the Clerk of Court using the EM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record.  I also certify that I served a copy via U.S. mail:

Gary E. Atchison, Esq.
P.O. Box 2002
492 S. Court St.
Montgomery, AL 36102
Telephone: (334) 262-7232

                                                    */s/ Daniel P. Hart*
                                                    Attorney for Defendant
                                                    CSX Transportation, Inc.